tion denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

REBECCA MALAWISTA v. JOHN F. HENNESSY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DUDLEY MURPHY v. COMMUNITY MOTION PICTURE BUREAU.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DUDLEY MURPHY v. COMMUNITY MOTION PICTURE BUREAU.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUIS KLONSKY v. LOUIS WEINSTEIN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE C. DAGHER v. PAN-AMERICAN TRADING COMPANY, INC.— Motion for stay pending appeal granted, on condition that defendant give an undertaking in the sum of $5,000 to secure payment of the judgment. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CONTINENTAL SECURITIES COMPANY v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for stay pending appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GENERAL INVESTMENT COMPANY v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for stay pending appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GENERAL INVESTMENT COMPANY v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for stay pending appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CLARENCE H. VENNER v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for stay pending appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY, Appellant, v. THE TERRY & TENCH COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM DANENBAUM, Appellant, v. THE PARFAIT GARMENT COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN J. BRENNAN, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MORRIS PARK ESTATES, Respondent, v. BARNETT DUBERSTEIN, Appellant, Impleaded with ADA LEVINE, as Administratrix, etc., and Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ORALIA LEBOW, an Infant, by DAVID S. LEBOW, Her Guardian ad Litem, Appellant, v. JOSEPH MARCUS and Another, Copartners, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DAVID S. LEBOW, Appellant, v. JOSEPH MARCUS and Another, Copartners,